UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No.  3:93-cr-152-Oc-10GRJ

ANGEL IVAN RAMIRO

_____/

## O R D E R

This case is before the Court for consideration of Defendant Angel Ramiro's pro se

"Motion to Correct Jurisdictional Defects" (Doc. 138).  The Defendant requests that the

Court vacate, set aside, or correct his sentence because it was imposed in violation of the

Constitution and laws of the United States, because the Court was without jurisdiction to

impose the sentence, and because the sentence was in excess of the maximum authorized

by law.  As such, the  seeks relief available only through a motion under 28 U.S.C. § 2255.

The record shows that the Plaintiff has already filed a 2255 motion (Doc. 101), which was

unsuccessful. The record also shows that the Eleventh Circuit Court of Appeals denied the

Defendant leave to file a second 2255 motion (Doc. 128). Therefore, the Court is without

jurisdiction to consider the Defendant's second or successive 2255 motion. See 28 U.S.C.

§ 2255. Accordingly, the "Motion to Correct Jurisdictional Defects" (Doc. 138) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:     United States Attorney
               Angel I. Ramiro, pro se